IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR -9 2014
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:14cr31 HSO-JMR

DWAN WILLIAMS                                               21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

That on or about July 22, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

COUNT 2

That on or about July 25, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

### COUNT 3

That on or about August 23, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

### COUNT 4

That on or about September 26, 2012, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

### COUNT 5

That on or about January 14, 2013, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine hydrochloride, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

## COUNT 6

That on or about August 26, 2013, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

## COUNT 7

That on or about September 24, 2013, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

## COUNT 8

That on or about September 27, 2013, in Jackson County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **DWAN WILLIAMS**, aided and abetted by others, known and unknown, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine base, commonly known as "crack," a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code and Section 2, Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 9th day of April, 2014.

UNITED STATES MAGISTRATE JUDGE